ORIGINAL

WATLAND & ALLEN, PLLC
393 East Palm Lane
Phoenix, Arizona 85004-1532
(602) 252-0115
Dwight O. Watland (004869)
Attorneys for Plaintiff

FILED
JAN 6 2005
U.S. COURT OF FEDERAL CLAIMS

ECF

UNITED STATES. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| De ANZA PROPERTIES, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRIGULTURE,<br><br>Defendant. | No. 05- 21C<br><br>COMPLAINT<br><br>(Contract) |

Plaintiff, for its Complaint against the Defendant, alleges as follows:

1. Plaintiff is an Arizona limited liability company doing business in Maricopa County, Arizona.

2. On or about January 1, 2003, Programmed Realty Inc. entered into a supplemental Lease Agreement with the United States of America, Commodity Credit Corporation, United States Department of Agriculture, for the rental of certain real property at Bromar Plaza, 77 East Thomas Road, Phoenix, Arizona 85018. A true and correct copy of said Supplemental Lease Agreement is attached hereto as Exhibit A.

3. Monthly rental for said Lease is $6,133.33.

4. Pursuant to the Supplemental Lease Agreement referred to in Paragraph 2. hereof, the Lease was extended through December 31, 2005.

5. Said Lease was assigned to Plaintiff contemporaneously with its purchase of the real property on or about May 13, 2005

6. On or about November 15, 2004, Defendant removed itself from the premises alleging that it is no longer required to honor the Lease Agreement or pay rent on the premises. Said termination of the Lease was wrongful. The Agreement between the parties includes the provision that provides, in part "USDA may terminate this Lease or reduce the amount of space lease upon 120 days' notice ONLY if funds for continued operations are not available or the ASCS Deputy Administrator for Management determines that this office will move to another location outside the Phoenix metropolitan area. The termination clause shall not be exercised arbitrarily".

7. Plaintiff has been damaged by the failure of the Defendant to pay rent in the amount of $6,133 due on or before November 1, 2004 and due on or before the first day of each calendar month thereafter through December 1, 2005.

8. Pursuant to the doctrine of anticipatory breach, Plaintiff is entitled to the remaining balance of said lease payments.

9. Pursuant to the terms of the Lease, and pursuant to Arizona Revised Statutes §12-34101, Plaintiff will be entitled to reasonable attorneys' fees incurred in this matter.

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

A. The sum of $6,133.33 for each calendar month beginning November 1, 2004 through December 31, 2005;

B. Court costs;

C. Interest on such past due sums at the highest rate permitted by law;

D. Attorneys' fees (in the event of default, attorneys' fees in the amount of $5,000.00); and,

E. Such other and further relief as the Court may deem just and proper under

the circumstances.

RESPECTFULLY SUBMITTED this 5TH day of January, 2005.

WATLAND & ALLEN, PLLC

By: ______________________

Dwight O. Watland
393 East Palm Lane
Phoenix, Arizona 85004
Attorneys for Plaintiff

REPRODUCE LOCALLY. Include form number and date on all reproductions.

FSA-7
(08-13-96)

U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency

**SUPPLEMENTAL LEASE AGREEMENT**

1. SUPPLEMENTAL AGREEMENT NO. 4
2. DATE 11.5.02
3. STATE OFFICE Arizona State FSA Office Agency
4. ADDRESS OF PREMISES
77 East Thomas Road
Phoenix, Arizona 85012
5. EFFECTIVE DATE 1.01.03

THIS AGREEMENT, made and entered into this date by and between
Programmed Realty, INC
whose address is
9414 E San Salvador Dr. Ste 99, Scottsdale, AZ 85258
hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended as follows:
The Government agrees to extend the lease obligation at the above-mentioned building through December 31, 2005.

Beginning January 1, 2003 the rental rate will increase to $16.00 per net usable square foot of office space, payable monthly at the rate of $6,133.33 per month or $73,600.00 annually.

Lessor shall provide agreed upon tenant improvements per attached addendum.

NOTE:
THERE ARE NO
EXPENSE "PASS-THROUGHS"
ON THIS EXTENSION.

IN WITNESS WHEREOF, the parties subscribed their names as of the date in item 2.

| | |
|---|---|
| LESSOR SIGNATURE [signature] | TITLE Lessor |
| STATE OFFICE DESIGNEE SIGNATURE [signature] | TITLE State Office Designee |
| UNITED STATES GOVERNMENT, BY [signature] Mary A. Fitzpatrick | TITLE Realty Specialist Commodity Credit Corp./FSA |

TOTAL P.01

EXHIBIT A

**ENTERED**
NOV 13 2002