ORIGINAL

ECF

# In The United States Court of Federal Claims

RECEIVED
JAN 6 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Cover Sheet

Plaintiff(s) or Petitioner(s)
De ANZA PROPERTIES, LLC

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): DWIGHT O. WATLAND

Firm Name: WATLAND & ALLEN, PLLC

Post Office Box: N/A

05- 21C

Street Address: 393 E. Palm Lane

City-State-Zip: Phoenix, AZ 85004-1532

Telephone & Facsimile Numbers: Ph.: (602) 252-1005 Fax: (602) 252-7885

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: [1] [0] [4]

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [A] [G] [R]

See attached sheet for three digit codes.

Amount Claimed: $85,866.62

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) ______________________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

118 8/01/04