IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| De ANZA PROPERTIES, LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-21C<br>(Judge Bush) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DAWN S. CONRAD as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

s/Dawn S. Conrad
DAWN S. CONRAD
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-1011
Fax: (202) 307-0972

Electronically filed
January 24, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2005, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn S. Conrad