# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * | * | |
| DeANZA PROPERTIES, LLC, | * | |
| Plaintiff, | * | |
| | * | **No. 05-21C - ADR Pilot** |
| v. | * | **Filed: February 15, 2005** |
| | * | **cc: Judge Bush** |
| UNITED STATES, | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

The above-captioned case is a participating case in the United States Court of Federal Claims' Alternative Dispute Resolution (ADR) Pilot Program and the undersigned is the ADR judge assigned to this case. Pursuant to the Second Amended General Order No. 40 ADR Pilot Procedures, after receiving the Notice of Appearance, the ADR judge is responsible for scheduling an early meeting with the parties to discuss the use of ADR to resolve the case, any threshold issues, including jurisdictional issues, and if appropriate, the ADR judge may provide the parties with an early neutral evaluation.

The Notice of Appearance in the above-captioned case was filed on January 24, 2005. Therefore, the court, hereby, schedules an ADR meeting with the parties on **Thursday, March 10, 2005 at 3:30 p.m.** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's attorney at (602) 252-0115 and defendant at (202) 307-1011. The parties should be prepared to discuss the possibility of resolving the above-captioned case via alternative means.

Pursuant to the Second Amended General Order No. 40, the parties shall execute and submit an ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **Monday, March 7, 2005 at 12:00 p.m.** via fax at (202) 357-6586. An example of the ADR Confidentiality Agreement is attached to General Order No. 40, which can be found on the court's internet website at http://www.uscfc.uscourts.gov/adr.htm. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**