IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DeANZA PROPERTIES, LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 05-21C<br>(Judge Bush) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 40-day enlargement of time, to and including April 18, 2005, to file a response to the complaint. Our response is currently due on March 7, 2005. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel was contacted by phone and does not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Department of Agriculture ("USDA"), as required by 28 U.S.C. § 520. Upon receipt of the complaint, defendant's counsel promptly sent a copy to the USDA with a request for a litigation report pursuant to 28 U.S.C. § 520. Agency counsel has informed the undersigned

counsel of record that because of an extremely heavy workload, he will be unable to provide us with a litigation report by March 7, 2005. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 40 days, to and including, April 18, 2005, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick by
Deborah A. Bynum
MARK A. MELNICK
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202)307-1011
Fax: (202)307-0972

OF COUNSEL:

BYRON W. WATERS
Office of General Counsel
U.S. Department of Agriculture

electronically filed
March 4, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Because plaintiff's counsel has not yet received an ECF account, I hereby certify under penalty of perjury that on this 4th day of March 2005, I caused to be served by United States mail (first class, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT" addressed as follows:

Dwight O. Watland, Esq.
Watland & Allen, PLLC
393 East Palm Lane
Phoenix, AZ 85004-1532

s/Dawn S. Conrad