IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DeANZA PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-21C ADR Pilot |
| v. | ) | (ADR Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION TO DEFER THE ADR MEETING

Defendant respectfully requests that the Court defer the early meeting pursuant to the Court's ADR Pilot Procedures, currently scheduled for March 10, 2005, until some time after the defendant has filed its response to the complaint. Plaintiff's counsel was contacted by phone and does not oppose this motion.

The Government requests that the ADR meeting be deferred until after counsel for the United States has had an opportunity to confer with the agency and review pertinent documents. The United States Department of Agriculture ("USDA"), the agency involved in the events that led to this litigation, has yet to provide the Department of Justice with a litigation report. Counsel for the United States has no personal knowledge of the matters addressed in the complaint, and cannot prepare to discuss the case and whether ADR could be used to resolve it, without input from the agency.

Furthermore, preparation of the Government's response to the complaint is an important milestone that should be completed before the parties discuss the possibility of ADR with the ADR

Judge. Completing this task will provide Government counsel with the opportunity to learn the basics with regard to the facts and legal issues in the case, which is an important step toward determining whether it would be appropriate to attempt to use ADR to resolve this litigation.

For the foregoing reasons, defendant respectfully requests that the ADR Judge grant this motion to defer the ADR meeting until after the Government files a response to the complaint.[1]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
by Deborah A. Bynum
MARK A. MELNICK
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-1011
Fax: (202) 307-0972

[1] The United States has moved to enlarge the time to respond to plaintiff's complaint until April 18, 2005. Our response is currently due on March 7, 2005.

OF COUNSEL:

BYRON W. WATERS
Office of General Counsel
U.S. Department of Agriculture

electronically filed Attorneys for Defendant
March 4, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO DEFER THE ADR MEETING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Because plaintiff's counsel has not yet received an ECF account, I hereby certify under penalty of perjury that on this 4th day of March 2005, I caused to be served by United States mail (first class, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION TO DEFER THE ADR MEETING" addressed as follows:

Dwight O. Watland, Esq.
Watland & Allen, PLLC
393 East Palm Lane
Phoenix, AZ 85004-1532

s/Dawn S. Conrad