# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**DeANZA PROPERTIES, LLC,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-21C - ADR Pilot**
**Filed: March 7, 2005**
**cc: Judge Bush**

**O R D E R**

The court is in receipt of the defendant's unopposed motion to defer the initial ADR meeting currently scheduled for Thursday, March 10, 2005. It is important to recognize that early discussions regarding the use of ADR to resolve a case, any threshold issues, including jurisdictional issues, and if appropriate, an opportunity for the ADR judge to provide the parties with an early neutral evaluation, may in the appropriate cases save all parties to the action, as well as the court, valuable economic and time commitment resources. Participation in the ADR pilot program is not optional. From a review of the complaint, this case appears to be appropriate for an early ADR review. Since the plaintiff filed its complaint on January 6, 2005, the defendant has had eight weeks to collect and consider the facts and issues in the case, sufficient to allow for an initial discussion. Therefore, the court **DENIES** the defendant's request to defer the initial ADR meeting until after the Government files a response to the complaint.

At a minimum, a brief ADR meeting with the parties, as previously scheduled, on **Thursday, March 10, 2005 at 3:30 p.m.** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005 should be held. Both parties may appear by telephone and remain in their respective offices, without great disruption to either party. Unless otherwise notified, the court will contact plaintiff's attorney at (602) 252-0115 and defendant at (202) 307-1011. The parties should be prepared to discuss the possibility of resolving the above-captioned case via alternative means.

To date, the court has received an ADR Confidentiality Agreement from the defendant, but not from the plaintiff. As stated in the court's February 15, 2005 order, both parties shall execute and submit an ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **Monday, March 7, 2005 at 12:00 p.m.** via fax at (202) 357-6586. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**