# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *
**DeANZA PROPERTIES, LLC,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * *

**No. 05-21C - ADR Pilot**
**Filed: March 11, 2005**
**cc: Judge Bush**

## O R D E R

An initial ADR conference, as part of the court's ADR Pilot Program, was held with the parties on Thursday, March 10, 2005. During the brief discussion, possible jurisdictional and lease related issues were raised. Plaintiff's counsel indicated that he could complete a review of these matters within thirty days. Therefore, on or before Friday, April 8, 2005, the parties shall file a joint status report with the ADR judge, unless disposition motions or actions have been filed prior to that time. If appropriate, the court will schedule a follow-up ADR conference with the parties after the joint status report is received.

In the meantime, the undersigned remains available to assist the parties at any time. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**