IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| De ANZA PROPERTIES, LLC, | ) | |
| | ) | No. 05-21C ADR Pilot |
| Plaintiff, | ) | (ADR Judge Horn |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 (a) (1) (i), of the Rules of the United States Court of Federal Claims ("RCFC") plaintiff submits its Notice of Dismissal without prejudice.

Respectfully submitted,

s/
DWIGHT O. WATLAND
Watland & Allen, PLLC
393 East Palm Lane
Phoenix, AZ 85004-1532
Telephone: (602) 252-0115

Attorney for Plaintiff

Dated April 7, 2005

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/
MARK A. MELNICK
Assistant Director

s/
DAWN S. CONRAD
Trial Attorney,Commercial Litigation Branch
Civil Division
Department of Justice, Attn: Classification Unit, 8th Floor
1100 L St, N.W.
Washington, D.C. 20530
Telephone (202) 307-1011
Attorneys for Defendant

Dated: April 7, 2005