# In the United States Court of Federal Claims

**No. 05-21 C**

**DE ANZA PROPERTIES, LLC,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' Notice of Dismissal Without Prejudice, filed April 7, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(1)(ii), that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**August 19, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies

and listing of all plaintiffs. Filing fee is $255.00.